# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2283

_____

Israel Cuevas-Alarcon

*Petitioner*

v.

Loretta E. Lynch[1]

*Respondent*

_____

Petition for Review of an Order of the
DHS Homeland Security

_____

Submitted: June 29, 2015
Filed: July 2, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

_____

[1]Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Israel Cuevas-Alarcon petitions for review of an order issued by the Department of Homeland Security reinstating a prior removal order against him. For reversal, Cuevas-Alarcon argues that the reinstatement violates due process because the underlying removal order is legally deficient. This challenge is not properly before us: the prior removal order "is not subject to being reopened or reviewed," see 8 U.S.C. § 1231(a)(5), and Cuevas-Alarcon has not raised any colorable constitutional or legal claim appropriate for appellate review, see Molina Jerez v. Holder, 625 F.3d 1058, 1062, 1067-68 (8th Cir. 2010) (describing limited appellate jurisdiction to review reinstatement order; mere recitation of constitutional or legal terms is insufficient to invoke jurisdiction).

Accordingly, the petition is denied. See 8th Cir. R. 47B.

_____